UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT FORT CAMPBELL, KENTUCKY

**FILED**
FEB 01 2006
JEFFREY A. APPERSON, CLERK
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

V.

MARK A. NEELY

INFORMATION

NO. 5:06MJ-64-K

18 U.S.C. 13
KRS 530.060

The United States Attorney charges:

## COUNT 1

On or about the 20th day of May 2005, in the Western District of Kentucky at Fort Campbell, Christian County, Kentucky, within the special maritime and territorial jurisdiction of the United States, MARK A. NEELY, defendant herein, being a parent, guardian or other person legally charged with the care of M. N., age 3 years, failed to exercise reasonable diligence in the control over the children, and allowed the children to become neglected, dependant or delinquent.

In violation of Title 18, United States Code, Section 13 (KRS 530.060).

DAVID L. HUBER
United States Attorney

BY: _____
JONATHAN C. LAMBERT
Special Assistant U.S. Attorney

MARK A. NEELY

## PENALTIES

### COUNT 1

18 U.S.C. 13  (KRS 530.060)

MINIMUM:

MAXIMUM:  $500 and/or 12 Months confinement

SPECIAL ASSESSMENT:  $25